# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cr-00114-WMR-CCB
## USA v. Okang et al
## Honorable William M. Ray, II

Minute Sheet for proceedings held In Open Court on 10/26/2022.

TIME COURT COMMENCED: 4:00 P.M.
TIME COURT CONCLUDED: 4:50 P.M.    COURT REPORTER: Denise Stewart
TIME IN COURT: 00:50                          DEPUTY CLERK: Sherri Lundy
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [3]Blessing Oluwatimilehin Ojo Present at proceedings |
| ATTORNEY(S) PRESENT: | Benjamin Alper representing Blessing Oluwatimilehin Ojo<br>Kelly Connors representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| PLEADINGS FILED IN COURT: | Consent Order and Judgment of Forfeiture |
| MINUTE TEXT: | Defendant sentenced as to Count 1 of the Criminal Indictment (Information) and advised of appeal rights. See Judgment and Commitment for sentence. CUSM |
| HEARING STATUS: | Hearing Concluded |